FILED
RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

10 APR 12 AM 9:44

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

RAYMOND D. ARLOZYNSKI,

Plaintiff,

8:10 CV 846 24 TBM

v.

PROFESSIONAL RECOVERY SERVICES, INC.,

Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, RAYMOND D. ARLOZYNSKI, is a natural person, and citizen of the State of Florida, residing in Pasco County, Florida.



4. Defendant, PROFESSIONAL RECOVERY SERVICES, INC., is a professional association and citizen of the State of Florida with its principal place of business at 2501 Upson Ave., Lorida, FL 33857.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

> April 11, 2009 – Pre-Recorded Message
> Hello, this is John Gregory with PRS. Please give me a call at 877-943-1013. Again, this is John Gregory with PRS. Call me at 877-943-1013.
>
> April 13, 2009
> This message is for Raymond. Raymond, you need to contact Melissa Davis at 866-784-1160. That's 866-784-1160. My extension is 31013. It is imperative that I hear from you as soon as possible. Thank you.
>
> April 18, 2009 – Pre-Recorded Message

Hello, this is John Gregory with PRS. Please give me a call at 877-943-1013. Again this is John Gregory with PRS, call me at 877-943-1013

April 19, 2009 – Pre-Recorded Message
Hello, this is John Gregory with PRS. Please give me a call at 877-943-1013. Again this is John Gregory with PRS, call me at 877-943-1013

April 22, 2009
This message is for Raymond Arlozynski. My name is Eddie Bellaflores calling from PRS. Please return my call to 866-784-1160. My number is toll free 866-784-1160. My Extension is 31036. Thank you.

April 26, 2009 – Pre-Recorded Message
This is Mr. Perry from PRS. Please return the call to 866-784-1160. Again, it's Mr. Perry from PRS. Please return the call to 866-784-1160.

April 27, 2009 – Pre-Recorded Message
This is for Raymond Arlozynski. My name is Nathan Rush from PRS. Please return my call to 800-915-1016. Again, the number is 800-915-1016.

April 28, 2009 – Pre-Recorded Message
This message is for Raymond Arlozynski. My name is Nathan Rush from PRS. Please return my call to 800-915-1016. Again, the number is 800-915-1016.

May 12, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016. Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 15, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016. Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 16, 2009 – Pre-Recorded Message
This message is for Raymond D. Arlozynski. My name is Nathan Rush from PRS. Please return my call to 800-915-1016. Again, the number is 800-915-1016.

May 17, 2009 – Pre-Recorded Message

This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 18, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 20, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 21, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 22, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 23, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 24, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 28, 2009 – Pre-Recorded Message
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

May 30, 2009 – Pre-Recorded Message
This message is for Raymond Arlozynski. My name is Nathan Rush from PRS. Please return my call to 800-915-1016. Again, the number is 800-915-1016.

May 31, 2009 – Pre-Recorded Message
This is message is for Raymond Arlozynski, My name is Nathan Rush from PRS. Please return my call to 800-915-1016. Again, the number is 800-915-1016.

<u>June 3, 2009</u>
This message is for Ray. This is Randy. Return the call at 866-784-1160 Extension 31010.

<u>June 6, 2009 – Pre-Recorded Message</u>
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

<u>June 23, 2009 – Pre-Recorded Message</u>
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

<u>June 25, 2009 – Pre-Recorded Message</u>
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

<u>June 26, 2009 – Pre-Recorded Message</u>
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

<u>June 28, 2009 – Pre-Recorded Message</u>
This is Mr. Stevens from PRS. Please return the call to 800-915-1016.
Again, it's Mr. Stevens from PRS. Please return the call to 800-915-1016.

11. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

14. Defendant knew it was required to communicate its status as a debt collector and the purpose of its call in telephone messages to Plaintiff.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

15. Plaintiff incorporates Paragraphs 1 through 13.

16. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

17. Plaintiff incorporates Paragraphs 1 through 13.

18. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.</u>, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

19. Plaintiff incorporates Paragraphs 1 through 13.

20. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See <u>Sanchez v. Client Servs</u>., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit; and

    c.     Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

21.     Plaintiff incorporates Paragraphs 1 through 13.

22.     Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit;

    c.     declaring that Defendant's practices violate the FCCPA;

    d.     permanently injoining Defendant from engaging in the complained of practices; and

    e.     Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

23. Plaintiff incorporates Paragraphs 1 through 13.

24. By failing to disclose that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this ___ day of April, 2010.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: /s/ 
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658